The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALIEU DRAMMEH,<br><br>　　　　　　　　Defendant. | NO. 2:21-cr-00065-RAJ<br><br>ORDER TO SEAL ORIGINAL DOCUMENT AND PUBLISH REDACTED DOCUMENT |

Having considered the Government's Motion to Seal Original Document and Publish Redacted Document, and because of the sensitive information contained in the United States' Sentencing Memorandum, the Court GRANTS the Motion to Seal and Publish Redacted Document (Dkt. 33).

It is hereby ORDERED that the original, unredacted version of the United States' Sentencing Memorandum shall remain sealed.

It is further ORDERED that the redacted version of the United States' Sentencing Memorandum shall be published in its redacted form.

DATED this 1st day of July, 2022.

*/s/ Richard A. Jones*

HON. RICHARD A. JONES
United States District Judge

ORDER TO SEAL ORIGINAL DOCUMENT
AND PUBLISH REDACTED DOCUMENT
*United States v. Drammeh* / 2:21-cr-00065-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970