Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:21-cr-00065-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| ALIEU DRAMMEH, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on Defendant's motion to file under seal Exhibit 1 and the letter of support from Ansumana Drammeh. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. 37) is GRANTED. Exhibit 1 and the letter of support from Ansumana Drammeh shall remain filed under seal.

DATED this 1st day of July, 2022.

*Richard A. Jones*

HON. RICHARD A. JONES
United States District Judge

ORDER TO SEAL DOCUMENT
(*USA v. Drammeh* / CR21-065-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100